```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **vs.** | : CRIMINAL ACTION NO. |
| | : 10-00011-CG |
| **KAREN L. BLYTH** | : |
| **DAVID H. M. PHELPS** | : |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on December 7, 2010, before the undersigned Magistrate Judge. Participating in the conference were Arthur Madden, counsel for Defendant Karen L. Blyth, Gordon Armstrong, counsel for Defendant David H. M. Phelps, Assistant U.S. Attorney Deborah Griffin, Senior Trial Attorney Wayne Hettenbach (U.S. Department of Justice Environment & Natural Resources Division), and Trial Attorney Susan Park (U.S. Department of Justice Environment & Natural Resources Division), counsel for the Government. Mr. Hettenbach will serve as lead counsel for the Government.

As a result of the conference, the following schedule is set:

Trial.  This action is set for trial during the **January 2011** trial term.  Jury selection is scheduled for **8:45 a.m. on January 24, 2011.** The trial will commence immediately thereafter. The parties estimate that the trial of this action

1

will take **15** days for the Government, and **3** days for Defendant, for a total of **18** days.

Juror questionnaires will be available for their review in the Clerk's office on **January 20, 2011**[1]. Additional questionnaires may be available on the following Monday morning before jury selection. Counsel's failure to review these questionnaires will be deemed a waiver of the opportunity to ask the same questions during voir dire.

Any proposed voir dire questions are to be filed not later than **January 18, 2011.**

Counsel for the Defendants have not consented to jury selection by a Magistrate Judge.

**Special requests or trial problems**:

Counsel for the Government advised that approximately six to eight witnesses are expected to offer trial testimony in which they will arguably implicate themselves, and that none of these witnesses have requested nor been provided immunity agreements in connection with their testimony. Counsel for the Government suggested that "stand-by" counsel be appointed for these witnesses in order to ensure that they understand their rights against self-incrimination. Counsel for the Government is

---

[1] The jury panel utilized for the January 24th selection will not consist of those persons summoned for the January 3rd selection.

directed to file, ex parte, a list containing the name, address and telephone number for each of the above-referenced witnesses, by **December 28, 2010**.

Pretrial motions/discovery problems:

Any motions in limine are to be filed on or before **December 30, 2010.**

Jury instructions are to be filed on or before **January 18, 2011.**

Dispositive motions:

None.

Stipulations:

The Government is directed to submit to defense counsel, by **December 21, 2010**, a written list of proposed stipulations. Defendants are to submit, by **January 4, 2011**, a written response identifying the proposed stipulations to which they will agree.

Counsel for the parties have agreed that they will exchange their respective witness and exhibit lists at least three (3) business days before trial, and that at the conclusion of each day of trial, the parties will provide a list of the specific witnesses expected to be called the following day. Additionally, counsel for the Government will make available for review the Government's trial exhibits at least three (3) business days before trial.

4

Other Problems/Issues:

None.

**DONE** this **7th** day of **December, 2010.**

                                        ____**/s/ SONJA F. BIVINS**_____
                                        **UNITED STATES MAGISTRATE JUDGE**